MARSHALL C. WALLACE (BAR NO. 127103)
KEITH D. YANDELL (BAR NO. 233146)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
        kyandell@allenmatkins.com

JOSI KENNON SWONETZ (BAR NO. 260575)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: jswonetz@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with
Wells Fargo Bank Southwest, N.A., f/k/a
Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB,
and erroneously sued as Wachovia Mortgage Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA M. NEVAREZ, an individual; and SAMUEL NEVAREZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, as Successor by merger to World Savings Bank, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, a California Corporation; and DOES 1-20,<br><br>Defendants. | Case No. CV 12-1660 JCS<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED RULE 26 DEADLINES<br><br>Complaint filed March 20, 2012 |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

849268.01/SF

Case No. CV 12-1660 JCS

Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED THAT:

1) The Case Management Conference scheduled for July 13, 2012 is continued to November 9, 2012.

2) All Rule 26 deadlines shall be continued in accordance with the new Case Management Conference date.

DATED: July 9, 2012

By: _____
Hon. Joseph C. Spero
United States Magistrate Judge