MARSHALL C. WALLACE (BAR NO. 127103)
KEITH D. YANDELL (BAR NO. 233146)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
        kyandell@allenmatkins.com

JOSI KENNON SWONETZ (BAR NO. 260575)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: jswonetz@allenmatkins.com

Attorneys for Defendant
WELLS FARGO BANK, N.A., successor by merger with
Wells Fargo Bank Southwest, N.A., f/k/a
Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB,
and erroneously sued as Wachovia Mortgage Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA M. NEVAREZ, an individual; and SAMUEL NEVAREZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WACHOVIA MORTGAGE CORPORATION, a North Carolina Corporation, as Successor by merger to World Savings Bank, FSB; GOLDEN WEST SAVINGS ASSOCIATION SERVICE COMPANY, a California Corporation; and DOES 1-20, <br><br> Defendants. | Case No. CV 12-1660 JCS <br><br> [~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED RULE 26 DEADLINES <br><br> Complaint filed March 20, 2012 |

1  Pursuant to the Stipulation of the Parties, IT IS HEREBY ORDERED THAT:

2   1) The Case Management Conference scheduled for July 13, 2012 is continued to
3  November 9, 2012.

4   2) All Rule 26 deadlines shall be continued in accordance with the new Case
5  Management Conference date.

7  DATED : July 9, 2012

By: _____
Hon. Joseph C. Spero
United States Magistrate Judge