UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rosa Nevarez, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>Wells Fargo Bank, N.A., et al.,<br><br>    Defendants. | Case No.: 3:12-cv-01660-JCS<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |

On June 26, 2012, this Court dismissed Plaintiff's First Amended Complaint with leave to amend. *See Nevarez v. Wells Fargo Bank, N.A.*, No. 12-1660, 2012 WL 2428233 (N.D. Cal. June 26, 2012). Plaintiffs were given thirty days to file a second amended complaint, which they did not do. Accordingly, the claims asserted in Plaintiffs' First Amended Complainter are hereby DISMISSED WITH PREJUDICE. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: September 24, 2012

_____
Joseph C. Spero
United States Magistrate Judge